UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JACQUELINE PICKARD,

        Plaintiff,

v.

Civil Action No. 10-CV-00091

CAVALRY PORTFOLIO SERVICES, LLC,

        Defendant.

---

## **STIPULATION OF DISCONTINUANCE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice.

DATED:                                                                  DATED:

/s/Seth Andrews                                                    /s/David G. Peltan
Seth Andrews, Esq.                                              David G. Peltan, Esq.
Law Offices of Kenneth Hiller                              Peltan Law, PLLC
*Attorneys for Plaintiff*                                         *Attorneys for Defendant*
6000 North Bailey Avenue, Suite 1A               128 Church Street
Amherst, New York 14226                                 East Aurora, New York 14052
Phone: (716) 564-3288                                       Phone: (716) 374-5431